**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

        Plaintiff,

      v.

**AJAY KUMAR**

        Defendant.

CR NO: 1:26-po-00018-SAB

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum        ☐ Ad Testificandum

Name of Detainee:    Ajay Kumar

Detained at    Golden State Annex

Detainee is:    a.)    ☒ charged in this district by:    ☐ Indictment   ☐ Information   ☒ Complaint
charging detainee with:   6 CFR: 139 subpart B.30

    or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ☒ return to the custody of detaining facility upon termination of proceedings

    or    b.)    ☐ be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

*Appearance is necessary <u>02-19-2026 at 9:00 a.m.</u>. in the Eastern District of California.*

Signature:      */s/ Arelis M. Clemente*

Printed Name & Phone No:      ARELIS M. CLEMENTE

Attorney of Record for:      United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum        ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **on 02/19/2026 at 9:00 a.m.**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:      **Feb 18, 2026**

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Ajay Kumar | ☒Male | ☐Female |
| Booking or CDC #: | Unk | DOB: | 10/28/2004 |
| Facility Address: | 611 Frontage Rd, McFarland, CA 93250 | Race: | Unk |
| Facility Phone: | 661-792-2731 or 661-344-2595 or 559-266-2083 | FBI#: | N16LTPLNX ??? |
| Currently | | | |

## RETURN OF SERVICE

Executed on:

_____      _____
                                       (signature)