# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AJAY KUMAR,<br><br>Defendant. | Case No. 1:26-po-00018-SAB-1<br><br>ORDER DIRECTING CUSTODIAN, AS WELL AS ANY OTHER FEDERAL AGENT FOR THIS DISTRICT, TO PRODUCE DEFENDANT FOR PURPOSES OF CRIMINAL PROCEEDING<br><br>(ECF Nos. 3, 5) |

Previously, on February 18, 2026, the Court issued a writ of habeas corpus ad prosequendum for an initial appearance scheduled for February 19, 2026. (ECF No. 3.) As part of the writ, the Court stated that the relevant custodian, as well as any federal agent for this district, was ordered to produce Defendant-Detainee Ajay Kumar for the February 19, 2026 initial appearance "and any further proceedings to be had in this cause . . . ." (Id.) However, Defendant-Detainee Ajay Kumar refused to come to court on February 19, 2026. (ECF Nos. 3, 5.) In light of the refusal, the Court issued a warrant for Defendant's willful failure to appear. (ECF No. 5.) This matter is now scheduled for an initial appearance on March 19, 2026, at 2:00 p.m. in Fresno before this Court.

The name of Defendant-Detainee is Ajay Kumar. (ECF No. 3.) Defendant-Detainee Ajay Kumar is detained at Golden State Annex. (Id.) Defendant-Detainee is charged in this District by complaint, charging Defendant-Detainee with 6 C.F.R. § 139.30. (Id.) Defendant-Detainee's appearance is necessary on **March 19, 2026, at 2:00 p.m.** in the Eastern District of

California.  (ECF No. 5.)  Defendant-Detainee shall return to the custody of the detaining facility upon termination of proceedings.  (ECF No. 3.)

Based on the previously granted application for a writ of habeas corpus ad prosequendum, the above-named custodian, as well as any federal agent for this district, is hereby ORDERED to produce the named Defendant-Detainee, AJAY KUMAR, on **March 19, 2026, at 2:00 p.m.**, and at the conclusion of the  proceedings to return said detainee to the above-named custodian.

The Court DIRECTS the Clerk of the Court to place a copy of this order in the appropriate box for the United States Marshals Service.

IT IS SO ORDERED.

Dated:    **March 3, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2