ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>AJAY KUMAR,<br><br>               Defendant. | Case No. 1:26-po-00018-SAB<br><br>[Citation #E1926014 CA/28]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Eric Grant, United States Attorney, and Arelis M. Clemente, Assistant United States Attorney, hereby moves to dismiss Case No. 1:26-po-00018-SAB [Citation #E1926014 CA/28] against AJAY KUMAR, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 25, 2026              Respectfully submitted,

                                     ERIC GRANT
                                     United States Attorney

              By:   /s/ *Arelis M. Clemente*
                     ARELIS M. CLEMENTE
                     Assistant United States Attorney

1

# O R D E R

IT IS HEREBY ORDERED that Case No. 1:26-po-00018-SAB [Citation #E1926014 CA/28] against AJAY KUMAR, is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:    **March 26, 2026**

_____

STANLEY A. BOONE
United States Magistrate Judge

U.S. v. Kumar
Case No. 1:26-po-00018-SAB